```
 1  Marty G. Baker, Esq.
    Nevada Bar No. 7591
 2  martybaker@cmretail.com
    CASH 1, LLC
 3  General Counsel
    P.O. Box 72030
 4  Phoenix, AZ 85050
    Telephone: (602) 943-5574
 5  Attorney for Defendant
    CASH 1, LLC
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| NORA MERLINO, | CASE NO.: 2:17-cv-01395-JAD-NJK |
|---|---|
| Plaintiff, | |
| vs. | |
| CASH 1, LLC, | **STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff NORA MERLINO, by and through her attorney David H. Krieger, Esq. of Haines & Krieger, LLC, and Defendant CASH 1, LLC, by and through its attorney Marty G. Baker, Esq., General Counsel, that Defendant shall be granted an extension of time until Friday, July 7, 2017 to file a responsive pleading to Plaintiff's Complaint on file herein, which will allow the parties time to

///

///

///

///

continue their discussions regarding a possible resolution of this matter without the need for Court involvement.

Dated this 22nd day of June, 2017.

CASH 1, LLC

/s/ Marty G. Baker
Marty G. Baker Esq.
Nevada Bar No. 7591
General Counsel
P.O. Box 72030
Phoenix, Arizona 85050
Attorney for Defendant
CASH 1, LLC

Dated this 22nd day of June, 2017.

HAINES & KRIEGER, LLC

/s/ David H. Krieger *(with permission)*
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Attorneys for Plaintiff
NORA MERLINO

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: June 23, 2017