David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
NORA MERLINO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

NORA MERLINO,

    Plaintiff,

v.

CASH 1, LLC,

    Defendant.

**Case No. 2:17-cv-01395-JAD-NJK-**

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action authorizes, and directs the Clerk of the Court to enter a judgment of dismissal without prejudice.

    Dated:    June 28, 2017

    Respectfully submitted,

By:    /s/David H. Krieger, Esq.
    David H. Krieger, Esq. (Nevada Bar No. 9086)
    HAINES & KRIEGER, LLC
    8985 S. Eastern Avenue, Suite 350
    Henderson, Nevada 89123
    *Attorney for Plaintiff*